**Opinion issued July 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00618-CV

————————————

**WILLIAM SOLOMON LEWIS, Appellant**

**V.**

**MARK ANTHONY AGUIRRE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1130779**

---

## MEMORANDUM OPINION

Appellant William Solomon Lewis has not filed a brief.  On May 4 , 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice.  Appellant did not respond to this notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.

P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guerra, and Gunn.